**Appeal Dismissed and Memorandum Opinion filed February 2, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00607-CV

## EDUARDO F. MORENO, INDIVIDUALLY, AND D/B/A CASE BLANCA COLLISION, Appellant

### V.

## HARRIS COUNTY TAX ASSESSOR-COLLECTOR, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-52199**

## MEMORANDUM OPINION

This appeal is from a judgment signed July 18, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On November 15, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and

provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On January 10, 2023, appellant was ordered to provide this court with proof of payment for the record on or before January 20, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan.